UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
BRINSLEY HARPER,

          Plaintiff,

-against-

BROOKLYN CHILDREN'S CENTER,

          Defendant.
------------------------------------------------------X

**ORDER**
12-CV-4545 (SJF)(LB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y
★ JAN 09 2013 ★
LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

On August 31, 2012, *pro se* plaintiff Brinsley Harper ("plaintiff") commenced this action against his former employer, defendant Brooklyn Children's Center ("defendant"), pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. §§ 2000e to 2000e-17, alleging that defendant retaliated against him for his filing of a previous lawsuit against it in this Court, entitled Harper v. Brooklyn Children's Center, No. 07-CV-0591 (SJF)(LB), which was settled and dismissed on July 9, 2009. Accompanying the complaint is an application to proceed *in forma pauperis*.

Plaintiff's financial status, as set forth in the declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is granted. The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon defendant without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the *pro se* plaintiff at his last known address, see Fed. R. Civ. P. 5(b)(2)(c).

**SO ORDERED.**

          s/ Sandra J. Feuerstein

          _____
          Sandra J. Feuerstein
          United States District Judge

Dated: January 9, 2013
      Central Islip, New York